IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JARED N. JOHNSON,
        Plaintiff,

v.                                        Civil Action No. 3:19-cv-243-JAG

EQUITYEXPERTS.ORG, LLC, et al.,
        Defendants.

## ORDER

On May 6, 2019, the plaintiff filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to one of the defendants in this case, Mark Bredow. (Dk. No. 9.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to terminate Mark Bredow as a defendant in this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to the pro se plaintiff.

Date: 7 May 2019
Richmond, VA

/s/ _____
John A. Gibney, Jr.
United States District Judge