IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JARED N. JOHNSON,
        Plaintiff,

v.                                        Civil Action No. 3:19-cv-243-JAG

EQUITYEXPERTS.ORG, LLC, et al.,
        Defendants.

## ORDER

This matter comes before the Court on the plaintiff's motion for permission to use electronic filing. (Dk. No. 10.) This Court does not permit individuals who are not admitted to practice in the Eastern District of Virginia to use CM/ECF for filing. Accordingly, the Court DENIES the plaintiff's motion without prejudice.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to the pro se plaintiff.

Date: 7 May 2019
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge