

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JARED N. JOHNSON;**

    PLAINTIFF.

v.                                        Civil Case no. 3:19-cv-00243-JAG

**EQUITYEXPERTS.ORG, LLC;**

**& JOHN DOES 1-10;**

    DEFENDANTS.

### MOTION TO REDACT

COMES NOW, pro se, JARED N. JOHNSON, and moves to redact Exhibits C1 and C2 within the Complaint and Jury Trial Demand, filed on April 8th, 2019, for the following reasons: PLAINTIFF filed the exhibit into the record in error, in that the document contains personal identifying information that was not redacted. PLAINTIFF has redacted said information in the First Amended Complaint and Jury Trial Demand, filed on May 6th, 2019. Proposed redacted exhibits for filing into the record in place of the previously filed exhibits are also attached to this Motion. Accordingly, PLAINTIFF prays that the Court enter an order directing the Clerk of Court to substitute the proposed attached redacted documents for the ones currently in the record.

RESPECTFULLY SUBMITTED,

By: _____
JARED JOHNSON

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies that a true copy of the foregoing:**

Motion To Redact

_____

_____

**was hand-delivered or served by first class mail on the** 17th **day of** May **20** 19 **to the following:**

_____ [sign]
Jared Johnson [print]

**Address:**

P.O. Box 3644

Glen Allen, VA. 23058

**Telephone:**

708.359.4629