IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JARED N. JOHNSON,
        Plaintiff,

v.                                      Civil Action No. 3:19-cv-243-JAG

EQUITYEXPERTS.ORG, LLC, et al.,
        Defendants.

## ORDER

This matter comes before the Court on the plaintiff's motion to redact certain exhibits attached to his original complaint.[1] (Dk. No. 13.) The motion asks the Court to substitute the "attached redacted documents" for Exhibits C1 and C2 to the complaint, to remove personal identifying information. (*Id.*) On May 24, 2019, the plaintiff submitted redacted versions of Exhibits C1 and C2. (Dk. No. 16.) Upon due consideration, the Court GRANTS the motion to redact and DIRECTS the Clerk to replace Exhibits C1 and C2 to the complaint with the redacted versions that the plaintiff filed.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to the pro se plaintiff.

Date: <u>29 May 2019</u>
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge

---

[1] The plaintiff filed an amended complaint on May 6, 2019. (Dk. No. 8.)