IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JARED N. JOHNSON,
        Plaintiff,

v.                                          Civil Action No. 3:19-cv-243-JAG

EQUITYEXPERTS.ORG, LLC,
        Defendant.

## ORDER

This matter comes before the Court on various discovery motions filed by Jared N. Johnson. (Dk. Nos. 72, 74, 75, 80.) The Court held a conference call on the motions on June 11, 2020. As announced on the call, the Court ORDERS as follows:

1.     The Court GRANTS IN PART the motion to compel answers to Johnson's third set of discovery. (Dk. No. 75.) The Court DENIES AS MOOT the motion as it relates to issues resolved before the call. The Court DENIES the motion as to Amended Interrogatory Nos. 15, 21, and 23. Within thirty (30) days of this Order, Equity Experts shall:

    a.     File a document indicating that it has fully answered all interrogatories, requests for production, and requests for admission to which it has objected and has produced all information and documents responsive to those discovery requests.

    b.     File a supplemental response to Interrogatory No. 9 that lists the date each ledger review was performed from 2018 through the present and who performed the review.

    c.     File a supplemental response to Interrogatory No. 16 that discloses Equity Expert's procedures for notifying debtors of overpayments on any accounts.

        d.      File a supplemental response to Interrogatory No. 18 identifying Renita Jackson's supervisor and any other individuals to whom Jackson reported.

        e.      Produce the entire "Full Circle Process" document dated April 3, 2018, in response to Request for Production No. 3.

    2.    Equity Experts shall supplement its responses to Johnson's third set of interrogatories, as described above. In all other respects, the Court DENIES Johnson's motion for leave to file additional interrogatories. (Dk. No. 72.)

    3.    The Court DEEMS all interrogatory answers previously filed as filed under oath and affirmation by Equity Experts. All interrogatory answers previously filed are binding on Equity Experts.

    4.    The Court GRANTS Johnson's motion to extend the Scheduling Order deadlines. (Dk. No. 74.) Each party may file a motion for summary judgment by July 27, 2020. The opposing party shall have fourteen (14) days to file a response. The moving party may file a reply seven (7) days thereafter.

    5.    The Court DENIES Johnson's motion for leave to file a manual exhibit. (Dk. No. 80.) If Johnson wishes to file the call recordings to support a future motion, he may move to file the exhibit manually at that time.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record and the pro se plaintiff.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 11 June 2020
Richmond, VA